**Continuing Abatement Order filed November 21, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00128-CR

———————

**TAHI DAYON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1571570**

## CONTINUING ABATEMENT ORDER

On June 27, 2019, this court directed the trial court to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress. Our order required the trial judge to file a supplemental clerk's record containing the findings and conclusions with the clerk of this court on or before August 26, 2019.

To date, the court has not received the record or findings. We notified the trial

court by letters dated September 5, 2019 and October 18, 2019 that we had not received the requested records.

The requested records should be filed with the clerk of this court no later than **<u>December 6, 2019</u>**.

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.